AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-00440-REB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eastern Idaho Health Services, Inc. aka Eastern Idaho Regional Medical Center
was received by me on *(date)* 9/18/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cameron Smith, CT Corporation, who is designated by law to accept service of process on behalf of *(name of organization)* Eastern Idaho Health Services, Inc, aka Eastern Idaho Regional Medical Center on *(date)* 9/22/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/22/2020

*Server's signature*

Janell Antrim, Idaho Process Service
*Printed name and title*

174 S Streamleaf Ave, Star Idaho 83669
*Server's address*

Additional information regarding attempted service, etc: